# EXHIBIT A

LAW OFFICES

# HOWARD LEE SCHIFF, P.C.

CONNECTICUT • MAINE • MASSACHUSETTS • NEW HAMPSHIRE • RHODE ISLAND • VERMONT          HOWARD LEE SCHIFF 1933 - 2007

510 Tolland Street
Telephone (860) 528-9991

East Hartford, Connecticut 06108
Toll Free: (866) 234-7606

Office Hours:  8:30 AM – 6:00 PM
Facsimile: (860) 528-7602

RICHARD DIXON
1190 STRATFORD AVE
STRATFORD, CT 06615                                March 30, 2018

Our File No:  ██████████
Current Owner to Whom Debt is Owed: Portfolio Recovery
Associates, LLC
Original Creditor: CITIBANK, N.A. THE HOME DEPOT
Original Creditor Account Number: ████████████
Balance Due: $1,065.16
Consumer: RICHARD DIXON

Dear RICHARD DIXON:
This office represents PORTFOLIO RECOVERY ASSOCIATES, LLC.  We
suggest that you send us a check or money order for the balance
due, payable to "Law Offices Howard Lee Schiff, P.C." unless you
intend to exercise your rights as stated in the Validation Notice
below.  All questions and payments should be directed to this
firm.  Our toll-free number is (866) 234-7606.  Please reference
CN AD3542 in any correspondence with our firm.  You may also make
payments by phone, (866) 214-9942, or online, www.payschiff.com.
When you choose to make a payment with your bank account via the
IVR system and you enter your CN when prompted, you are
authorizing Law Offices Howard Lee Schiff, P.C.  to debit your
bank account via ACH in the amount authorized towards payment of
the debt owed.

## VALIDATION NOTICE
If you do not dispute the validity of the debt, or any portion
thereof, within 30 days of the receipt of this letter, we will
assume it is valid.  If you dispute the validity of this debt or
any portion thereof, within 30 days of receipt of this letter, we
will obtain and mail you verification of the debt or a copy of a
judgment against you.  At your request, in writing within 30 days
of receipt of this letter, we will provide you with the name and
address of the original creditor, if different from the current
creditor.

Respectfully, Law Offices Howard Lee Schiff, P.C.
Office Hours:  Monday-Friday, 8:30 a.m.-6:00 p.m.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR.
THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED
WILL BE USED FOR THAT PURPOSE.  7a